THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Korell Battle Appellant.
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No.  2009-UP-224
Submitted May 1, 2009  Filed May 27, 2009
AFFIRMED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General
 Julie M. Thames, all of Columbia; and Solicitor Donald V. Myers, of Lexington,
 for Respondent.
 
 
 

PER
 CURIAM:  Korell Battle appeals his
 convictions for armed robbery and possession of a firearm during the commission
 of a violent crime.  Battle argues the trial court erred in allowing in evidence
 that he did not tell police the name of the person who robbed the Kentucky
 Fried Chicken.  We affirm pursuant to Rule 220(b),
 SCACR, and the following authorities:  State v. Jackson, 364 S.C.
 329, 335, 613 S.E.2d 374, 377 (2005) (holding an issue conceded at trial cannot
 be argued on appeal); State v. Johnson, 298 S.C. 496, 497-98, 381 S.E.2d
 732, 733 (1989) (holding express consent to the admission of evidence
 constitutes a waiver of the issue on appeal).
AFFIRMED.[1]
HEARN,
 C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.